UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEN ADS, LLC, et al.,

        Plaintiffs,

    v.

ANDREW BREITBART, et al.

        Defendants.

CASE NO. C06-137JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    On May 23, 2006, the court received the parties' proposed stipulated protective order (Dkt. # 34). Pursuant to Fed. R. Civ. P. 26(c), protective orders should be issued "for good cause shown." This is a public court and its business should be conducted publicly unless there is a specific reason to keep things confidential. As stated in Local Rules W.D. Wash. CR 5(g), "[t]here is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public view." When protective orders are appropriate, they should be narrowly drawn, the presumption being in favor of open and public litigation. The parties may, of course, agree on confidentiality

MINUTE ORDER – 1

among themselves, but when they request that the court become involved the parties must make the requisite showing.

Against this backdrop, the court has reviewed paragraph 4 of the parties' proposed order and finds it too broad.  As such, the stipulated protective order will remain lodged in the file, but the court will not enter it.

Filed and entered this 31st day of May, 2006.

BRUCE RIFKIN, Clerk

By     s/Mary Duett
        Deputy Clerk

MINUTE ORDER – 2